UNITED STATES DISTRICT COURT
EASRTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PHIL HAN JEON, individually and on behalf of
all others similarly situated,

               Case No.: 23-CV-06808(RPK)(CLP)

              Plaintiff(s),

   -v-

               NOTICE OF ACCEPTANCE

MARYFIELD CLEANERS & LAUNDRY,
YOUNG KYU LEE a/k/a YOUNG "JUNE"
LEE AND PHILIP LEE

              Defendants,
-----------------------------------------------------------x

      **PLEASE TAKE NOTICE** that Plaintiff Phil Han Jeon and Opt-in Plaintiff Jhon Jeon pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby accept the attached Offer of Judgment of Defendants June K. Corporation, d/b/a Maryfield Cleaners, Young Kyu "June" Lee and Philip Lee, dated and served on September 9, 2024 in the above-captioned action.

Dated:  New York, New York
       September 13, 2024

                        Younghoon Ji, Esq.
                        Ahne & Ji, LLP
                        *Attorneys for Plaintiff*
                        45 East 34th Street 5th Floor
                        New York, NY 10016
                        yji@ahnejillp.com

TO:   Diane H. Lee, Esq.
      THE LAW OFFICE OF DIANE H. LEE
      11 E. 44th Street, Suite 1001
      New York, New York 10016
      Tel: (212) 363 - 0101
      dlee@dhllaw.com
      *Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

I, Younghoon Ji, an attorney duly admitted to practice before this Court and member of the Bar of State of New York, state the following under penalty of perjury:

1.      I am legal counsel to Plaintiffs in the above-captioned action, am over the age of 18 and am not a party to this action.

2.      On September 13, 2024, I served Plaintiffs' notice of acceptance of the offer of judgment of Defendants June K. Corporation, d/b/a Maryfield Cleaners, Young Kyu "June" Lee and Philip Lee, in the above-captioned action by serving a true and correct copy thereof via electronic mail to:

Diane H. Lee, Esq.
THE LAW OFFICE OF DIANE H. LEE
11 E. 44th Street, Suite 1001
New York, New York 10016
Tel: (212) 363 - 0101
dlee@dhllaw.com
*Attorneys for Defendants*

Dated:   New York, New York
            September 13, 2024

Ahne and Ji, LLP

By: _____
            Younghoon Ji, Esq.