**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
PHIL HAN JEON, *individually and on behalf of*          Case No.: 1:23-cv-06808-RER-CLP
*all others similarly situated*,


                                    Plaintiff(s),

                    -against-                                    **RULE 68 JUDGMENT**

MARYFIELD CLEANERS & LAUNDRY,
YOUNG KYU LEE a/k/a YOUNG "JUNE" LEE,
and PHILIP LEE,

                                    Defendants.
--------------------------------------------------------------x

  **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants June

K. Corporation d/b/a Maryfield Cleaners, Young Kyu "June" Lee, and Philip Lee (collectively,

"Defendants"), having offered to allow Plaintiffs Phil Han Jeon and Jhon Jeon (collectively,

"Plaintiffs") to take a judgment against them, in the sum of Fifteen Thousand Dollars and No Cents

($15,000.00), with respect to Plaintiffs' claims for relief, damages, fees, costs, and expenses, in

accordance with the terms and conditions of Defendants' Rule 68 Offer, dated September 9, 2024,

and filed as **Exhibit A** to Docket Number 33;

  **WHEREAS**, on September 13, 2024, Plaintiffs' attorney having confirmed Plaintiffs'

acceptance of Defendants' Offer of Judgment (ECF Dkt. No.: 33); and

  It is **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiffs Phil Han

Jeon and Jhon Jeon, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), in

accordance with the terms and conditions of Defendants' Rule 68 Offer, dated September 9, 2024,

and filed as **Exhibit A** to Docket Number 33.

Dated: September 17, 2024
      Brooklyn, New York

BRENNA B. MAHONEY
CLERK OF COURT
by: _Jalitza Poveda_
      Deputy Clerk